UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUROPE COLBERT,

Plaintiff,

v.

JAMIL FELLS,

Defendants.
______________________________/

Case No. 4:26-cv-14081

F. Kay Behm
United States District Judge

**JUDGMENT**

In accordance with the Opinion and Order issued on November 18, 2026, the case is **DISMISSED**. Plaintiff's federal claims are **DISMISSED** with prejudice, and her state law claims are **DISMISSED** without prejudice.

**SO ORDERED.**

Date: November 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge